UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

Kairi Faison

                                        Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-552(ALC)

Defendant _____Kairi Faison_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

___ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/Kairi Faison
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Kairi Faison
_____
Print Defendant's Name

/s/Sabrina Shroff
_____
Defendant's Counsel's Signature

Sabrina P. Shroff
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

__11/23/20__
Date

_____
U.S. District Judge/U.S. Magistrate Judge