**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**UNITED STATES OF AMERICA,**

                **Plaintiff,**

     -against-

**COMPTON RICHMOND & KHARI FAISON,**

                **Defendant.**

-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/4/21

**20-CR-552 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Status Conference is set for **January 8, 2021** at **11:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **January 4, 2021**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**