```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-9-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-                         20-CR-552 (ALC)

KHARI FAISON,                    **ORDER**

                Defendant.

---------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

     A Telephone Status Conference is set for **February 23, 2021** at **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
             February 9, 2021

                                                ANDREW L. CARTER, JR.
                                                United States District Judge