UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Petitioner,

           - against -                          20-CR-552   (ALC)

                                                      ORDER
KHARI FAISON,

                Respondent.
------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should file a joint status report by June 8, 2022.


SO ORDERED.

Dated:      June 1, 2022
              New York, New York

                                                           /s/ Andrew L. Carter, Jr.
                                                  **ANDREW L. CARTER, JR.**
                                                  United States District Judge