| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __12/7/22__ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                      Plaintiff,

   -against-                                    20-CR-552 (ALC)

                                      **ORDER**

KHARI FAISON,

                      Defendant.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Change of Plea Hearing scheduled for December 20, 2022 is adjourned to **4:30 p.m.**

**SO ORDERED.**

Dated:       New York, New York
               December 7, 2022

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**