```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA         :    **TRANSPORTATION ORDER**

    - v -                         :    20 Cr. 552 (ALC)

KHARI FAISON,                    :

        Defendant.          :

----------------------------------x

Upon the application of Khari Faison, by his attorney, Sabrina Shroff, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Khari Faison with funds to cover the cost of travel between Washington and New York for his March 31, 2023 Court appearance for plea and sentence. We ask that Mr. Faison's travel be such that he is in New York no later than March 30, 2023, and then from New York, New York to Seattle, Washington, following his court appearance scheduled for March 31, 2023 at 3:30pm, leaving New York no earlier than 8:00pm; or on the following day April 1, 2023 and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York      SO ORDERED:
       March **22**, 2023

                                                              HONORABLE ANDREW L. CARTER
                                                             United States District Judge