USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-5-23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,  20 Cr. 552 (ALC)

**ORDER**

-against-

Khari Faison,

        Defendants.,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

The March 31, 2023 change of plea hearing and sentencing are adjourned to **April 20, 2023** at **2:00 p.m.**

It is ORDERED: the time from March 31, 2023 through April 20, 2023 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
      March 31, 2023

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE