UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                        Plaintiff,

     -against-

KHARI FAISON,

                       Defendant.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-13-23

20-CR-552 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A video Status Conference is set for **April 20, 2023** at **2:00 p.m.**

Members of the public and the press may attend the status conference by dialing the Audio-only line, 1-646-453-4442, once prompted, should dial phone conference ID: 386213943#.

**SO ORDERED.**

Dated:    New York, New York
            April 13, 2023

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**